UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| AMANDA JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>JOANN ALOE, NED ALOE,<br><br>Defendants. | 2:20-CV-12918-TGB<br><br>**ORDER SETTING TRIAL** |
|---|---|

| EVENT | DEADLINE |
|---|---|
| Motions *in limine* due | TWO WEEKS before final pretrial conference |
| Responses to Motions *in limine* | ONE WEEK before final pretrial conference |
| Final Pretrial Order, proposed voir dire and proposed joint jury instructions due | ONE WEEK before final pretrial conference |
| Final pretrial conference | Tuesday, February 13, 2024 at 3:00 p.m. |
| Trailing trial dates[1] | Tuesday, February 27, 2024 at 9:00 a.m. through Tuesday, March 26, 2024 |
| Estimated length of trial | 4-6 days |
| **JURY TRIAL** | |

**TRAILING TRIAL DOCKET.** The Court has adopted a trailing trial docket. This requires the Court to schedule several cases for trial on the same date. Moreover, the Court is neither able to provide its usual advanced notice of jury trial dates nor move a scheduled trial date

---

[1] Counsel should be prepared to begin trial at any time on 48 hours' notice within these dates.

absent the most extraordinary of circumstances. Counsel shall take all necessary steps – including but not limited to securing witness testimony by video and engaging backup lead trial counsel – to be prepared for trial any time on 48 hours' notice between the trailing trial dates listed above.

**REQUIRED PRIOR TO TRIAL**.  At least one week prior to the final pretrial conference, counsel shall furnish to the court the following:

Any requests for VOIR DIRE, proposed JOINT JURY INSTRUCTIONS and the VERDICT FORM.  The parties shall file with the court a single set of proposed, stipulated jury instructions and a single, proposed verdict form.  The instructions are to be typewritten and double spaced and shall contain references to authority (e.g., "Devitt and Blackmar, Section 11.08").  Additionally, each party shall separately file any additional proposed instructions to which any other party objects.  The parties must make a concerted, good faith effort to narrow the areas of dispute and to discuss each instruction with a view to reaching an agreement as to an acceptable form.

A statement of claims or defenses, no longer than two pages, suitable to be read to the jury during opening instructions.

**FINAL PRETRIAL ORDER.**  The parties shall prepare the Joint Final Pretrial Order in conformance with all the requirements of Local Rule 16.2.  It must be submitted through the proposed orders function of CM/ECF one week before the date of the final pretrial conference.  All witnesses must be listed.  Witnesses may only be added by stipulation of the parties and leave of court.

**FINAL PRETRIAL CONFERENCE.** Counsel shall follow the procedure outlined in the court's practice guidelines to prepare for the final pretrial conference.  The Court will hear motions *in limine*, discuss trial procedures and pretrial matters including the trial schedule, parties' proposed voir dire questions, and jury instructions, as well as any issues related to witnesses and exhibits.

**EXHIBITS.**  A bench book is required.  Counsel are required to mark all proposed exhibits in advance of trial.  Plaintiff's exhibits shall use

numbers and Defendant's exhibits shall use letters. A consecutive number and lettering system should be used by each party. The parties are required to exchange marked exhibits three days prior to the start of trial. Counsel are also required to maintain a record of all admitted exhibits during trial. Counsel for each party must keep custody of that party's admitted exhibits during trial. A party who objects to this provision must file a written objection prior to jury selection.

                              BY THE COURT:

                              <u>/s/Terrence G. Berg</u>
                              TERRENCE G. BERG
                              UNITED STATES DISTRICT JUDGE

Dated: December 28, 2023